EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación del representante de la Rama Judicial a la Junta de Retiro del Gobierno de Puerto Rico | 2018 TSPR 23<br><br>199 DPR ____ |

Número del Caso: EM-2018-04

Fecha: 16 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Designación del representante de la Rama Judicial a la Junta de Retiro del Gobierno de Puerto Rico | EM-2018-4 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 16 de febrero de 2018.

El Art. 4.1 de la *Ley para garantizar el pago a nuestros pensionados y establecer un nuevo plan de aportaciones definidas para los servidores públicos*, Ley Núm. 106-2017, establece que el Pleno de este Tribunal tiene el deber de nombrar un representante de la Rama Judicial a la Junta de Retiro del Gobierno de Puerto Rico (Junta de Retiro).

Luego de analizar el asunto con detenimiento, designamos al Lcdo. Luis A. Rosario Villanueva como representante de la Rama Judicial en la Junta de Retiro. Valga destacar que el licenciado Rosario Villanueva dedicó varias décadas a nuestra Rama Judicial. En particular fungió como Juez Municipal, Juez de Distrito, Juez Superior y Juez del Tribunal de Apelaciones.

Se ordena al Secretario del Tribunal notificar esta determinación al Hon. Ricardo Rosselló Nevares, Gobernador de Puerto Rico, al Hon. Thomas Rivera Schatz, Presidente del Senado de Puerto Rico, al Hon. Carlos J. Méndez Núñez, Presidente de la Cámara de Representantes de Puerto Rico, y a los miembros de la Junta de Retiro. Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo